[No. 25910–5–I.   Division One.   August 5, 1991.]

*In the Matter of the Marriage of* JANIS E. CRANE, *Appellant, and* GARY K. CRANE, *Respondent.*

Appeal from a judgment of the Superior Court for King

County, No. 88–3–07988–2, James J. Dore, J., entered February 14, 1990. *Reversed* by unpublished opinion per Webster, A.C.J., concurred in by Coleman and Agid, JJ.